

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-97,228-01

## EX PARTE DWIGHT LEBRON HAMILTON, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 114-0719-23-A IN THE 114TH DISTRICT COURT
## SMITH COUNTY

*Per curiam.*

## O P I N I O N

Applicant was convicted of aggravated robbery and sentenced to 37 years' imprisonment. The Twelfth Court of Appeals affirmed his conviction. *Hamilton v. State,* No. 12-23-00302-CR (Tex. App.–Tyler, August 29, 2024). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tex. Code Crim. Proc. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that

his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Based on the record, the trial court has determined that Applicant was denied the opportunity to file a petition for discretionary review through no fault of his own.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900, 902 (Tex. Crim. App. 2006). Applicant may file an out-of-time petition for discretionary review of the judgment of the Twelfth Court of Appeals in cause number No. 12-23-00302-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.[1]

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 15, 2026
Do not publish

---

[1] This opinion applies only to the trial court's cause number 114-0719-23. Applicant must make a separate application on a separate form for each case number from which he seeks relief.